UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT E. WINWRIGHT, III,

      Plaintiff,

v.                                                          Case No. 8:26-cv-160-JLB-AAS

OFFICER NORRIS,

      Defendant.

_____/

## ORDER

     Mr. Winwright has failed to comply with the January 26, 2026 Order ("Order") directing him to make an initial partial payment of the filing fee by March 12, 2026. (*See* Doc. 5). And he has not moved for an extension of time to comply with the Order. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute and comply with the Order. The Clerk is **DIRECTED** to close the case.

     DONE and ORDERED in Tampa, Florida, on March 23, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE